# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| SUSAN COOK, | * |
|     Plaintiff, | * |
| v. | *   Case No.: 3:20-cv-00895-HEH |
| PAWHATAN COUNTY SCHOOL BOARD, | * |
|     Defendant. | * |

### ORDER

For the reasons set forth in Plaintiff Susan Cook's Consent Motion for Extension of Time to File Reply to Defendant's Motion to Dismiss, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that Plaintiff must file their Reply by December 16, 2020.

Entered this _____ day of _____, 2020.

                                                                                                                                                                 _____

                                                                                                                                    Henry E. Hudson
                                                                                                                                    United States District Judge